# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D20-943

—————————————————

WALTER MULFORD,

    Petitioner,

    v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

    Respondent.

—————————————————

Petition for Writ of Certiorari—Original Jurisdiction.

September 29, 2021

PER CURIAM.

The Court denies the petition for writ of certiorari on the merits. *See Topps v. State*, 865 So. 2d 1253, 1258 (Fla. 2004) (explaining that a decision on an extraordinary writ petition that "clearly shows that the issue was considered by the court on the merits" is deemed a decision "which would later bar the litigant from presenting the issue under the doctrines of res judicata or collateral estoppel").

RAY, JAY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Walter Mulford, pro se, Petitioner.

Lance Eric Neff, General Counsel, and Daniel R. Burke, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.